UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | CIVIL ACTION NO. 23-05923 |
| **Plaintiff,** | SECTION "A" |
| | JUDGE JAY C. ZAINEY |
| **VERSUS** | |
| | MAG. DIV. (4) |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | MAGISTRATE JUDGE KAREN WELLS ROBY |
| **Defendants.** | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW INTO COURT, through undersigned counsel, comes Defendant, Todd Britto ("Defendant" or "Britto"), and appearing solely for the purpose of this motion, reserving all rights, motions, and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time until and through February 9, 2024, in which to respond to Plaintiff's Complaint ("Complaint") filed by Plaintiff in the above-referenced matter.

In accordance with Eastern District Local Rule 7.8, Movant certifies that this is his first extension of time to respond to the Complaint, and that Plaintiff's counsel, William Most, has been contacted and does not oppose the extension requested herein.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ M. Nan Alessandra*
         M. NAN ALESSANDRA, T.A. (#16783)
         CLERC H. COOPER (#38170)
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130
         Telephone: (504) 566-1311

PD.43952501.1

2

Telecopier: (504) 568-9130
nan.alessandra@phelps.com
clerc.cooper@phelps.com

**ATTORNEYS FOR DEFENDANT, TODD BRITTO**