UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
| **Plaintiff,** | **SECTION "A"**<br>**JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **MAG. DIV. (4)**<br>**MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time Within Which to Plead filed by Defendant, Todd Britto; accordingly,

IT IS ORDERED BY THE COURT that Defendant's Unopposed Motion for Extension of Time Within Which to Plead be, and the same is hereby GRANTED, and that Defendant, Todd Britto, has until and through, February 9, 2024, in which to respond to the Complaint filed by Plaintiff.

New Orleans, Louisiana, this ____ day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

PD.43953849.1