UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALICIA RHOME, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | 2:23-cv-05923-JCZ-KWR |
| | ) | |
| PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**COMES NOW** defendant Progressive Services, Inc. ("Defendant"), moves this Court for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint. In support of its motion, Defendant would show:

1. On October 10, 2023, plaintiff, Alicia Rhome, filed a Complaint with this Court [ECF-1].

2. Defendant, Progressive Services, Inc., waived service on October 26, 2023.

3. Defendant requires additional time to prepare its response to the Complaint.

4. Defendant has requested no previous extension from the Court.

5. Plaintiff has consented to the extension.

6. Accordingly, Defendant, Progressive Services, Inc., respectfully requests an extension for filing its answer or other responsive pleading until February 9, 2024.

**WHEREFORE**, Defendant, Progressive Services, Inc., respectfully prays that the Court issue an Order extending the time to file and serve a response to plaintiff's Complaint until and including February 9, 2024.

Dated: December 26, 2023.

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

        */s/Adrienne M. Wood*
        Adrienne M. Wood (La Bar No. 38448)
        Andrew Baer (La Bar No. 35638)
        Adrienne.Wood@jacksonlewis.com
        Andrew.Baer@jacksonlewis.com
        601 Poydras Street, Suite 1400
        New Orleans, Louisiana 70130
        Telephone:    (504) 208-1755
        Facsimile:    (504) 208-1759

        **ATTORNEYS FOR DEFENDANT, Progressive Services Inc.**