**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ALICIA RHOME, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | 2:23-cv-05923-JCZ-KWR |
| | ) | |
| PROGRESSIVE SERVICES, INC., TODD | ) | |
| BRITTO, ABC INSURANCE COMPANIES, | ) | |
| AND DOE DEFENDANTS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

CONSIDERING THE MOTION of defendant, Progressive Services, Inc., for an extension of time to answer or otherwise plead in response to plaintiff's Complaint;

IT IS ORDERD that defendant's Motion is GRANTED and defendant's time to answer or otherwise plead in response to plaintiff's Complaint is hereby extended until and including February 9, 2024.

New Orleans, Louisiana, this ___ day of _____, 2023.

_____
JUDGE