# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALICIA RHOME, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | 2:23-cv-05923-JCZ-KWR |
| | ) | |
| PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

CONSIDERING THE MOTION of Defendant, Progressive Services, Inc., for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint;

IT IS ORDERED that Defendant's Motion is GRANTED and Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint is hereby extended until and including February 9, 2024.

New Orleans, Louisiana, this 27th day of December, 2023.

_____
JUDGE