**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALICIA RHOME,** | **DOCKET NO. 2:23-CV-05923-JCZ-KWR** |
| **Plaintiff** | |
| **v.** | **JUDGE JAY C. ZAINEY** |
| **PROGRESSIVE SERVICES INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10,** | **MAGISTRATE KAREN WELLS ROBY** |
| **Defendants.** | |

**DEFENDANT PROGRESSIVE SERVICE, INC.'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW the defendant, Progressive Services Inc. ("Defendant" or "Progressive"), by and through its attorneys of record, and submits the following Answer and Affirmative Defenses to Plaintiff's Complaint.

**INTRODUCTION**

-1-

Progressive admits Alicia Rhome brings this action and denies all other allegations in Paragraph 1 of the Complaint.

-2-

Progressive denies the allegations in Paragraph 2 of the Complaint.

-3-

Progressive denies the allegations contained in Paragraph 3 of the Complaint.

-4-

Progressive denies the allegations in Paragraph 4 of the Complaint.

-5-

Progressive denies the allegations in Paragraph 5 of the Complaint.

-6-

Progressive denies the allegations in Paragraph 6 of the Complaint.

-7-

Progressive denies the allegations in Paragraph 7 of the Complaint.

-8-

Progressive denies the allegations in Paragraph 8 of the Complaint.

-9-

Progressive denies the allegations in Paragraph 9 of the Complaint.

-10-

Progressive admits that Plaintiff was terminated on January 11, 2023 due to the impending closing of Defendant's New Orleans branch office. Defendant denies any other allegations contained in Paragraph 10 of the Complaint and denies any act, error, or omission that would impose liability on Progressive.

-11-

Progressive denies the allegations in Paragraph 11 of the Complaint.

-12-

Progressive admits Plaintiff brings this action but denies any violation of any federal or state law on the part of Progressive in relation to Plaintiff and denies that Plaintiff has any valid claims against Progressive.

# I.  PARTIES

*Plaintiff*

-13-

Progressive admits Plaintiff is a person of full age of majority and denies the remaining allegations in Paragraph 13 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

*Defendants*

-14-

Progressive admits the allegations in Paragraph 14 of the Complaint.

-15-

Progressive admits that Todd Britto is a person of full age of majority and admits that he is and has been employed by Progressive. Defendant denies the remaining allegations of Paragraph 15.

-16-

Progressive denies the allegations in Paragraph 16 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-17-

Progressive denies the allegations in Paragraph 17 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

# II.  VENUE AND JURISDICTION

-18-

Progressive admits that venue is proper in this Court but denies any act, error, or omission that would impose liability on Progressive.

-19-

Progressive admits Progressive is subject to the jurisdiction of this Court but denies any act, error, or omission that would impose liability on Progressive.

-20-

Progressive admits Plaintiff purports to bring claims pursuant to the laws of the United States and that the court has subject matter jurisdiction over those claims. Progressive admits this Court has supplemental jurisdiction over Plaintiff's state law claims. Progressive denies Plaintiff has any valid claim against Progressive.

-21-

Progressive admits that Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission regarding the allegations herein on April 12, 2023, but denies that any and/or all of her claims before the EEOC were timely filed for lack of sufficient information to support a belief therein. Progressive denies any act, error, or omission that would impose liability on Progressive.

-22-

The allegations in Paragraph 22 of the Complaint call for a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies any act, error, or omission that would impose liability on Progressive.

-23-

Progressive denies Plaintiff has alleged any valid claims with the EEOC and denies Plaintiff has any automatic right to amend her complaint under Rule 15 of the Federal Rules of Civil Procedure. Defendant denies any act, error, or omission that would impose liability on Progressive.

### III.    FACTUAL ALLEGATIONS

-24-

Progressive incorporates by reference all other responses in the Answer as if fully set forth herein.

-25-

Progressive denies the allegations in Paragraph 25 of the Complaint.

-26-

Progressive denies the allegations in Paragraph 26 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-27-

Progressive denies the allegations in Paragraph 27 of the Complaint.

-28-

Progressive denies the allegations in Paragraph 28 of the Complaint.

-29-

The allegations contained in Paragraph 29 of the Complaint refer to and rely upon a written document, the contents of which speak for itself.  Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations of Paragraph 29 of the Complaint.

-30-

Progressive admits Plaintiff received an employee handbook, but denies the remaining allegations in Paragraph 30 of the Complaint.

-31-

The allegations contained in Paragraph 31 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations of Paragraph 31 of the Complaint.

-32-

The allegations contained in Paragraph 32 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations of Paragraph 32 of the Complaint.

*Sexual Harassment*

-33-

Progressive denies the allegations in Paragraph 33 of the Complaint in so far as they relate to Progressive.

-34-

Progressive denies the allegations in Paragraph 34 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-35-

Progressive denies the allegations for lack of sufficient information or knowledge to support a belief therein.

-36-

Progressive denies the allegations in Paragraph 36 of the Complaint .

-37-

Progressive denies the allegations in Paragraph 37 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-38-

Progressive denies the allegations in Paragraph 38 of the Complaint.

-39-

Progressive denies the allegations in Paragraph 39 of the Complaint.

-40-

The allegations contained in Paragraph 40 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in Paragraph 40 of the Complaint.

-41-

The allegations contained in Paragraph 41 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in Paragraph 41.

-42-

The allegations contained in Paragraph 42 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein.  Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in Paragraph 42.

-43-

The allegations contained in Paragraph 43 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein.  Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in Paragraph 43.

-44-

The allegations contained in Paragraph 44 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein.  Progressive further denies the truth

and accuracy of the statements contained therein and the allegations contained in Paragraph 44.

-45-

Defendant admits Plaintiff and her coworkers' jobs required climbing ladders. Defendant denies the remaining allegations in Paragraph 45 of Plaintiff's Complaint for lack of sufficient information or knowledge to justify a belief therein.

-46-

Progressive denies the allegations in Paragraph 46 for lack of sufficient information or knowledge to justify a belief therein.

-47-

Progressive denies the allegations in Paragraph 47 for lack of sufficient information or knowledge to justify a belief therein.

-48-

Progressive denies the allegations in Paragraph 48 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-49-

Progressive denies the allegations in Paragraph 49 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-50-

Progressive denies the allegations in Paragraph 50 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-51-

Progressive denies the allegations in Paragraph 51 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-52-

Progressive denies the allegations in Paragraph 52 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-53-

Progressive denies the allegations in Paragraph 53 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-54-

Progressive denies the allegations in Paragraph 54 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-55-

Progressive denies the allegations in Paragraph 55 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-56-

The allegations contained in Paragraph 56 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint.

-57-

The allegations contained in Paragraph 57 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of

sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint..

-58-

Progressive denies the allegations in Paragraph 58 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-59-

Progressive denies the allegations in Paragraph 59 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-60-

Progressive denies the allegations in Paragraph 60 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-61-

Progressive denies the allegations in Paragraph 61 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-62-

Progressive denies the allegations in Paragraph 62 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-63-

Progressive denies the allegations in Paragraph 63 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-64-

Progressive denies the allegations in Paragraph 64 of the Complaint for lack of sufficient

information or knowledge to justify a belief therein.

-65-

Progressive denies the allegations in Paragraph 65 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-66-

Progressive denies the allegations in Paragraph 66 of the Complaint.

-67-

Progressive denies the allegations in Paragraph 67 of the Complaint.

-68-

Progressive denies the allegations in Paragraph 68 of the Complaint.

-69-

Progressive denies the allegations in Paragraph 69 of the Complaint.

-70-

Progressive denies the allegations in Paragraph 70 of the Complaint.

-71-

Progressive denies the allegations in Paragraph 71 of the Complaint.

-72-

Progressive denies the allegations in Paragraph 72 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-73-

Progressive denies the allegations in Paragraph 73 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-74-

The allegations contained in Paragraph 74 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit A to the Complaint is a true and accurate copy of a sworn statement of Wallace Washington for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint..

-75-

Progressive denies the allegations in Paragraph 75 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-76-

Progressive denies the allegations in Paragraph 76 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-77-

Progressive denies the allegations in Paragraph 77 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-78-

Progressive admits that Plaintiff made a report but denies the remaining allegations in Paragraph 78 of the Complaint.

-79-

Progressive denies the allegations in Paragraph 79 of the Complaint in so far as they describe Andrew Rogers as a defendant. Progressive admits that Plaintiff spoke with Andrew Rogers and that Ms. Rhome was placed on paid leave while her complaint was investigated.

Defendant denies any act, error, or omission that would give rise to liability by Progressive.

-80-

Progressive denies the allegations in Paragraph 80 of the Complaint.

-81-

Progressive denies the allegations in Paragraph 81 of the Complaint.

-82-

Progressive denies the allegations in Paragraph 82 of the Complaint.

-83-

Progressive denies the allegations in Paragraph 83 of the Complaint.

-84-

Progressive denies the allegations in Paragraph 84 of the Complaint.

-85-

Progressive denies the allegations in Paragraph 85 of the Complaint.

-86-

Progressive denies the allegations in Paragraph 86 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-87-

Progressive denies the allegations in Paragraph 87 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-88-

Progressive denies the allegations in Paragraph 88 of the Complaint.

-89-

Progressive denies the allegations in Paragraph 89 of the Complaint.

-90-

Progressive admits that Plaintiff was terminated but denies the remaining allegations for lack of sufficient information to support a belief therein.

-91-

Progressive admits that Progressive was and did shut down its New Orleans location, and Plaintiff's termination occurred as part of the closure. Defendant denies the remaining allegations of Paragraph 91 of the Complaint.

-92-

Progressive denies the allegations in Paragraph 92 of the Complaint.

-93-

The allegations contained in Paragraph 93 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint.

-94-

Progressive denies the allegations in Paragraph 94 of the Complaint.

-95-

Progressive denies the allegations in Paragraph 95 of the Complaint.

*Equal Pay Discrimination*

-96-

Progressive denies the allegations in Paragraph 96 of the Complaint.

-97-

Progressive denies the allegations in Paragraph 97 of the Complaint.

-98-

The allegations contained in Paragraph 98 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint..

-99-

Progressive denies the allegations in Paragraph 99 of the Complaint as written.

-100-

Progressive denies the allegations in Paragraph 100 of the Complaint.

-101-

Progressive denies Plaintiff's pay rate was in any way related to or based on her gender. The remaining allegations contained in Paragraph 101 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint.

-102-

Progressive denies the allegations in Paragraph 102 of the Complaint.

-103-

The allegations contained in Paragraph 103 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint.

-104-

Progressive denies the allegations in Paragraph 104 of the Complaint.

-105-

Progressive denies the allegations in Paragraph 105 of the Complaint.

-106-

The allegations contained in Paragraph 106 of the Complaint refer to and rely upon a written document, the contents of which speak for itself. Further, Progressive denies that Exhibit B to the Complaint is a true and accurate copy of a sworn statement of Stanley Waterhouse for lack of sufficient information or knowledge to justify a belief therein. Progressive further denies the truth and accuracy of the statements contained therein and the allegations contained in this Paragraph of the Complaint.

-107-

Progressive denies the allegations in Paragraph 107 of the Complaint.

-108-

Progressive denies the allegations in Paragraph 108 of the Complaint.

-109-

Progressive denies the allegations in Paragraph 109 of the Complaint.

## IV.    CLAIMS FOR RELIEF

**Count One – Sexual Harassment in Violation of Louisiana's Employment Discrimination Law (La. R.S. 23:301, *et seq*)**

-110-

Progressive incorporates by reference each and every response set out in the foregoing paragraphs.

-111-

The allegations in Paragraph 111 of the Complaint call for a legal conclusion to which no response is required. However, Progressive denies any violation of the cited statute.

-112-

The allegations in Paragraph 112 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of the cited statutes.

-113-

The allegations in Paragraph 113 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of La. R.S. 23:301, et seq. or any other state or federal statute.

-114-

Progressive admits Plaintiff purports to bring a claim for sexual harassment under the cited statute, but denies Plaintiff has any valid claim. Progressive further denies any illegal acts or omissions under La. R.S. 23:301, et seq. or any other state or federal statute.

-115-

The allegations in Paragraph 115 of the Complaint call for a legal conclusion to which no

response is required.  However, Progressive denies any violation of La. R.S. 23:301, et seq. or any other state or federal statute.

-116-

The allegations in Paragraph 116 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of La. R.S. 23:301, et seq. or any other state or federal statute.

-117-

The allegations in Paragraph 117 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of La. R.S. 23:301, et seq. or any other state or federal statute.

-118-

Progressive admits Plaintiff belongs to a protected class (female) but denies the remaining allegations in Paragraph 118 of the Complaint for lack of sufficient information or knowledge to justify a belief therein.

-119-

Progressive denies the allegations in Paragraph 119 of the Complaint.

-120-

Progressive denies the allegations in Paragraph 120 of the Complaint.

-121-

Progressive denies the allegations in Paragraph 121 of the Complaint.

-122-

Progressive denies the allegations in Paragraph 122 of the Complaint.

-123-

Progressive admits Plaintiff was terminated due to the impending closure of the New

Orleans branch but denies the remaining allegations of Paragraph 123 of the Complaint.

-124-

Progressive denies the allegations in Paragraph 124 of the Complaint.

-125-

Progressive denies the allegations in Paragraph 125 of the Complaint.

-126-

Progressive denies the allegations in Paragraph 126 of the Complaint.

-127-

Progressive denies the allegations in Paragraph 127 of the Complaint.

-128-

Progressive denies the allegations in Paragraph 128 of the Complaint.

**Count Two – Retaliation in Violation of Louisiana's Employment Discrimination Law (La.
R.S. 23:301, *et seq*)**

-129-

Progressive incorporates by reference each and every response set out in the foregoing

paragraphs.

-130-

The allegations in Paragraph 130 of the Complaint call for a legal conclusion to which no

response is required. However, Progressive denies any violation of the cited statute.

-131-

Progressive denies the allegations of Paragraph 131 of the Complaint.

-132-

Progressive denies the allegations in Paragraph 132 of the Complaint.

-133-

Progressive denies the allegations in Paragraph 133 of the Complaint.

-134-

Progressive denies the allegations in Paragraph 134 of the Complaint.

-135-

Progressive denies the allegations in Paragraph 135 of the Complaint.

-136-

Progressive denies the allegations in Paragraph 136 of the Complaint.

-137-

Progressive denies the allegations in Paragraph 137 of the Complaint.

-138-

Progressive denies the allegations in Paragraph 138 of the Complaint.

-139-

Progressive denies the allegations in Paragraph 139 of the Complaint.

-140-

Progressive denies the allegations in Paragraph 140 of the Complaint.

-141-

Progressive denies the allegations in Paragraph 141 of the Complaint.

**Count Three – Equal Pay Discrimination in Violation of the Equal Pay Act (EPA) and
Louisiana's Employment Discrimination Law (La. R.S. 23:301, *et seq*)**

-142-

Progressive incorporates by reference each and every response set out in the foregoing

paragraphs.

-143-

The allegations in Paragraph 143 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of the cited statute.

-144-

The allegations in Paragraph 144 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of the cited statute.

-145-

The allegations in Paragraph 145 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies any violation of any federal or state statute.

-146-

Progressive denies the allegations in Paragraph 146 of the Complaint.

-147-

Progressive denies the allegations in Paragraph 147 of the Complaint.

-148-

Progressive denies the allegations in Paragraph 148 of the Complaint.

-149-

Progressive denies the allegations in Paragraph 149 of the Complaint.

-150-

Progressive denies the allegations in Paragraph 150 of the Complaint.

-151-

Progressive denies the allegations in Paragraph 151 of the Complaint.

-152-

Progressive denies the allegations in Paragraph 152 and its subparts of the Complaint.

-153-

Progressive denies the allegations in Paragraph 153 of the Complaint.

-154-

Progressive denies the allegations in Paragraph 154 of the Complaint.

-155-

Progressive denies the allegations in Paragraph 155 of the Complaint.

-156-

Progressive denies the allegations in Paragraph 156 of the Complaint.

-157-

Progressive denies the allegations in Paragraph 157 of the Complaint.

**Count Four – Assault and Battery (Todd Britto Only)**

-158-

The allegations in this Paragraph are not directed at Progressive and do not require a response. To the extent a response is required, Progressive denies the allegations contained therein.

-159-

The allegations in this Paragraph are not directed at Progressive and do not require a response. To the extent a response is required, Progressive denies the allegations contained therein.

-160-

The allegations in this Paragraph are not directed at Progressive and do not require a

response. To the extent a response is required, Progressive denies the allegations contained therein.

-161-

The allegations in this Paragraph are not directed at Progressive and do not require a response. To the extent a response is required, Progressive denies the allegations contained therein.

-162-

The allegations in this Paragraph are not directed at Progressive and do not require a response. To the extent a response is required, Progressive denies the allegations contained therein.

**Count Five – Violations of La. Civ. Code art. 2315.11**

-163-

Progressive incorporates by reference each and every response set out in the foregoing paragraphs.

-164-

The allegations in Paragraph 164 of the Complaint call for a legal conclusion to which no response is required.  However, Progressive denies the categorization of co-defendant Britto as a "harasser" and further any violation of the cited code article.

-165-

Progressive denies the allegations in Paragraph 165 of the Complaint.

-166-

The allegations in Paragraph 166 of the Complaint call for a legal conclusion to which no response is required. However, Progressive denies any violation of the code article.

-167-

Progressive denies the allegations in Paragraph 167 of the Complaint.

-168-

Progressive denies the allegations in Paragraph 168 of the Complaint.

**RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF**

-169-

Progressive denies it is liable to Plaintiff or that Plaintiff is entitled to any of the prayed-for relief in Paragraph 169 of the Complaint.

**AND NOW, HAVING ANSWERED PLAINTIFF'S COMPLAINT,** defendant Progressive asserts the following affirmative defenses:

Any allegation not specifically admitted is deemed denied.

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Progressive pleads all applicable statute of limitations.

**THIRD DEFENSE**

Progressive acted in good faith at all relevant times and has not violated any rights of plaintiff secured by federal, state, local laws, rules, regulations or guidelines or by common law.

**FOURTH DEFENSE**

All actions with respect to plaintiff's employment were lawful, non-discriminatory, and non-retaliatory, and would have been taken regardless of Plaintiff's sex/gender or alleged complaints about her employment.

## FIFTH DEFENSE

Plaintiff has failed to mitigate her damages.

## SIXTH DEFENSE

Any disparity between Plaintiff's rate of pay and the rate of pay of any male employed by Progressive was based on a factor other than sex.

## SEVENTH DEFENSE

To the extent plaintiff claims that she suffered unlawful harassment or hostile environment due to a protected characteristic, Plaintiff failed to reasonably avail herself of the complaint procedures in place for reporting such conduct.

## EIGHTH DEFENSE

To the extent Plaintiff claims that she suffered unlawful harassment or hostile environment due to a protected characteristic, those actions were not committed by or authorized by Progressive, its employees, or agents.

## NINTH DEFENSE

To the extent Plaintiff claims that she suffered unlawful harassment or hostile environment due to a protected characteristic, Progressive took prompt remedial action with respect to such claims.

## TENTH DEFENSE

Plaintiff failed to exhaust her administrative remedies.

## ELEVENTH DEFENSE

Plaintiff's claims of unlawful employment action made pursuant to Title VII must be strictly confined to the scope of the EEOC charge upon which this action is predicated.

## TWELFTH DEFENSE

Progressive denies any unlawful conduct with respect to Plaintiff. Without admitting any wrongful conduct by Progressive or any of its employees, agents, or representatives, Plaintiff's claims and/or damages may be limited and/or barred by the after-acquired evidence.

## THIRTEENTH DEFENSE

Assuming *arguendo,* that the alleged conduct of Progressive or any of its employees, agents, or representatives occurred, which is expressly denied, any such conduct would be contrary to Progressive's good-faith efforts to comply with federal and state law; therefore, plaintiff is not entitled to punitive damages.

## FOURTEENTH DEFENSE

Progressive denies any unlawful conduct with respect to plaintiff. Without admitting any wrongful conduct by Progressive or any of its employees, agent, or representatives, to the extent plaintiff makes a claim for punitive damages, such demands violate Progressive's right to procedural due process under the Fourteenth Amendment of the United States Constitution and under the pertinent provisions of the Constitution of the State of Louisiana; violate Progressive's right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution; and violate Progressive's right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the pertinent provisions of the Constitution of the State of Louisiana; and, therefore, any such demands fail to state a cause of action supporting the punitive damages claimed.

## FIFTEENTH DEFENSE

Progressive expressly reserves its right to amend this Answer, including its defenses, as discovery progresses, and to file any cross-claim or third-party demand it deems appropriate.

**WHEREFORE NOW, PREMISES CONSIDERED**, having answered and asserted affirmative defenses, Progressive denies that Plaintiff is entitled to any of the relief for which she prays or any relief whatsoever.  Defendant demands that Plaintiff's Complaint be dismissed with all costs and attorneys' fees assessed against plaintiff.

Dated: February 9, 2024.                    Respectfully submitted,

                                             _/s/ Andrew J. Bear_
                                             Andrew J. Baer (La. Bar #35638)
                                             Andrew.Baer@jacksonlewis.com
                                             Adrienne M. Wood (La. Bar # 38448)
                                             Adrienne.Wood@jacksonlewis.com
                                             **JACKSON LEWIS P.C.**
                                             601 Poydras Street, Suite 1400
                                             New Orleans, Louisiana 70130
                                             Telephone:     (504) 208-1755
                                             Facsimile:     (504) 208-1759

                                             **COUNSEL FOR DEFENDANT,**
                                             **PROGRESSIVE SERVICES INC.**