# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
| **Plaintiff,** | **SECTION "A"** |
| | **JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| | **MAG. DIV. (4)** |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## DEFENDANT TODD BRITTO'S MOTION FOR MORE DEFINITE STATEMENT AND/OR, ALTERNATIVELY, MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Todd Britto ("Defendant" or "Britto"), and appearing solely for the purpose of this motion, reserving all rights, motions, and defenses and without waiver thereof, and appearing solely pursuant to Rule 12(e) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to order Plaintiff, Alicia Rhome ("Plaintiff"), to file a more definite statement of her claims against Defendants in this case, or alternatively, to dismiss Plaintiff's non-meritorious claims, all as more fully set forth in the attached memorandum.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ M. Nan Alessandra*
M. NAN ALESSANDRA, T.A. (#16783)
CLERC H. COOPER (#38170)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
nan.alessandra@phelps.com

clerc.cooper@phelps.com

**ATTORNEYS FOR DEFENDANT, TODD BRITTO**