UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
| **Plaintiff,** | **SECTION "A"** |
| | **JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| | **MAG. DIV. (4)** |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants.** | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Defendant, Todd Britto ("Britto" or "Defendant"), will submit the attached Motion for More Definite Statement and/or, Alternatively, Motion to Dismiss before the Honorable Jay C. Zainey, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 28th day of February 2024.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ M. Nan Alessandra*
         M. NAN ALESSANDRA, T.A. (#16783)
         CLERC H. COOPER (#38170)
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130
         Telephone: (504) 566-1311
         Telecopier: (504) 568-9130
         nan.alessandra@phelps.com
         clerc.cooper@phelps.com

**ATTORNEYS FOR DEFENDANT, TODD BRITTO**