**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALICIA RHOME,** | **DOCKET NO. 2:23-CV-05923-JCZ-KWR** |
| Plaintiff | |
| v. | **JUDGE JAY C. ZAINEY** |
| **PROGRESSIVE SERVICES INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10,** | **MAGISTRATE KAREN WELLS ROBY** |
| Defendants. | |

**DEFENDANT PROGRESSIVE SERVICES INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW through undersigned counsel, Defendant Progressive Services Inc., and pursuant to Fed. R. Civ. Pr. 7.1 discloses that it is wholly owned by PR Midco, LLC. No publicly held corporation owns 10% or more of the company's stock.

Dated: February 9, 2024.                              Respectfully submitted,

 */s/ Andrew J. Bear*
Andrew J. Baer (La. Bar #35638)
Andrew.Baer@jacksonlewis.com
Adrienne M. Wood (La. Bar # 38448)
Adrienne.Wood@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:     (504) 208-1755
Facsimile:       (504) 208-1759

**COUNSEL FOR DEFENDANT,**
**PROGRESSIVE SERVICES INC.**