UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-05923-JCZ-KWR |
| ) | Section "A" |
| ) | Judge Jay C. Zainey |
| PROGRESSIVE SERVICES INC., TODD ) | Magistrate Judge Karen Wells |
| BRITTO, ABC INSURANCE COMPANIES, ) | Roby |
| AND DOE DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Alicia Rhome ("Plaintiff"), who respectfully submits this Unopposed Motion to Continue Submission Date. For the reasons set forth below, the Court should grant Plaintiff's Motion and continue the submission date on Defendant's Motion for More Definite Statement (R. Doc. 10).

On April 12, 2023, Plaintiff filed a Charge of Discrimination with the EEOC asserting claims under Title VII and the Louisiana Employment Discrimination Law (LEDL). On October 10, 2023, Plaintiff filed her complaint in the above-referenced matter asserting claims under the LEDL, the Equal Pay Act (EPA), and Louisiana Civil Code article 2315.11, as well as a state law claim of assault and battery. R. Doc. 1. On January 17, 2024, the EEOC issued a Conciliation Failure of Charge and Notice of Right to Sue to Ms. Rhome.

In this suit, after both Defendants requested and received an extension of time to file responsive pleadings, on February 9, 2024, Defendant Progressive Services, Inc. filed an Answer (R. Doc. 9) and Defendant Todd Britto filed a Motion for More Definite Statement (R. Doc. 10). The current submission date on the Motion for More Definite Statement is February 28, 2024 and

the deadline to file an opposition thereto is February 20, 2024. Plaintiff's deadline to amend her complaint as of right under Rule 15(a)(1)(B) is March 1, 2024.

Prior to that date, Plaintiff intends to file an amended complaint to add the Title VII claims asserted in her EEOC charge as well as address issues raised in the Motion for More Definite Statement. Accordingly, in order to avoid unnecessary briefing and in the interests of judicial economy, Plaintiff respectfully requests that the Court continue the submission date on the Motion for More Definite Statement until the Court's next available submission date, March 13, 2024. The requested continuance will allow sufficient time for Plaintiff to prepare and file an amended complaint in advance of the opposition deadline on the Motion for More Definite Statement. Undersigned counsel certifies that counsel for Defendant Todd Britto has been contacted, and she stated that Mr. Britto does not oppose this Motion to Continue.

WHEREFORE, Plaintiff respectfully requests this unopposed Motion to Continue be granted.

Respectfully submitted,

/s/ Kerry A. Murphy
**Kerry A. Murphy (La. Bar No. 31382)**
**KERRY MURPHY LAW LLC**
201 St. Charles Ave., Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

and

**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, # 2685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

david.lanser@gmail.com

**ATTORNEYS FOR PLAINTIFF, Alicia Rhome**