UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PROGRESSIVE SERVICES INC., TODD )<br>BRITTO, ABC INSURANCE COMPANIES, )<br>AND DOE DEFENDANTS 1-10, )<br>)<br>Defendants. )<br>) | Case No. 2:23-cv-05923-JCZ-KWR<br>Section "A"<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells<br>   Roby |

**ORDER**

Considering the foregoing Unopposed Motion to Continue Submission Date filed by Plaintiff Alicia Rhome (R. Doc. 12),

IT IS ORDERED that the Motion is **GRANTED** and that the submission date on Defendant Todd Britto's Motion for More Definite Statement (R. Doc. 10) is continued until March 13, 2024.

New Orleans, Louisiana, this _____ day of February, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE