**MINUTE ENTRY**
**ROBY, M.J.**
**February 22, 2024**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5923** |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **SECTION: "A" (4)** |

LAW CLERK:      Hannah Keller

Appearances:   **William Brock Most and Kerry Ann Murphy** for Plaintiff.
               **Andrew Joseph Baer and Adrienne Wood** for Progressive Services, Inc.
               **Maria Nan Alessandra** for Todd Britto.

## ORDER

At the request of Defendants' counsel, the Court held a telephone status conference on February 22, 2024 to address concerns regarding the timing of discovery in this case in light of having received 119 Requests for Production, 33 Requests for Admission, and 17 Interrogatories. Defendants asserted that the Court's intervention was necessary to streamline discovery.

The parties confirm that the pleading status is still in a state of flux as there is a pending Motion to Dismiss and an Amended Complaint is forthcoming in response to the pending motion. To further complicate matters neither a scheduling conference has occurred and nor have the parties exchanged initial disclosures. While a preliminary Rule 26 conference took place there was a question as to whether the Rule 26 Conference was actually completed or whether there were additional issues to discuss. Therefore, defendants contend discovery is premature in light of the posture of the case.

**MJSTAR: 00:27**

During the status conference counsel for Plaintiff affirmed that their firm's typical practice was to propound discovery early and agree to extensions of time on discovery matters liberally. Plaintiff further asserted that the discovery requests at issue did not need to be withdrawn pursuant to their planned motion to file an Amended Complaint. The court also reminded the defendants that it is there option to (1) accept the formal extension offered by plaintiff or (2) seek a formal extension from the Court.

After considering the position of the parties, the Court concluded that given the posture of the case, discovery responses the 30 day period for the defendants to respond to discovery will not commence until the date of the scheduling conference as contemplated by the rules.

Accordingly,

**IT IS ORDERED** that the thirty (30) day deadline for Defendants' counsel to respond to Plaintiff's February 15, 2024 discovery requests will not begin to run until the date of the scheduling conference with this Court.

New Orleans, Louisiana, this 23rd day of February 2024

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**