UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5923** |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **SECTION: "A" (4)** |

### Notice of Completion of Fed. R. Civ. Proc. 26(f) Conference

At a February 22, 2024 status conference, Judge Roby suggested that the parties file a notice once all parties agree their Fed. R. Civ. Proc. 26(f) conference obligations are complete.

On February 1 and 29, 2024, counsel for all parties conferred about the topics of Fed. R. Civ. Proc. 26(f). All parties agree that their Fed. R. Civ. Proc. 26(f) conference obligations are complete.

Respectfully submitted,

/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com
            david.lanser@gmail.com

and

**Kerry A. Murphy (La. Bar No. 31382)**
**KERRY MURPHY LAW LLC**
201 St. Charles Ave.
Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

1