UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, | ) |
| | ) |
|     Plaintiff, | )  CIVIL ACTION NO. 23-05923 |
| | ) |
| v. | )  SECTION "A" JUDGE |
| | )  JAY C. ZAINEY |
| PROGRESSIVE SERVICES INC., TODD | ) |
| BRITTO, ABC INSURANCE COMPANIES, | )  MAG. DIV. (4) |
| AND DOE DEFENDANTS 1-10, | )  MAGISTRATE JUDGE KAREN |
| | )  WELLS ROBY |
|     Defendants. | ) |
| | ) |

## *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Alicia Rhome, who asks this Court for leave to file an amended complaint addressing concerns raised by Defendant Todd Britto in his responsive pleadings.

This motion asks for leave to file a First Amended Complaint "as a matter of course" per Fed. R. Civ. Proc. 15(a)(1). That rule provides that:

> A party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Here, Plaintiff filed her initial Complaint on October 10, 2023. Following extensions of time to answer, on February 9, 2024, Defendant Progressive Services, Inc. filed an *Answer* and Defendant Todd Britto filed a *Motion for More Definite Statement and/or, Alternatively, Motion to Dismiss*.

Plaintiff has sought to address the concerns outlined in Defendant Britto's Motion and provided some additional clarity, as needed.

1

Because less than 21 days have elapsed since the responsive pleadings were filed, Plaintiff is entitled under Fed. R. Civ. Proc. 15(a)(1) to file a First Amended Complaint as a matter of course.

Respectfully submitted,
/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

*and*

**Kerry A. Murphy (La. Bar No. 31382)**
**Kerry Murphy Law LLC**
201 St. Charles Ave.
Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com
