UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA RHOME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO. 23-05923 |
| | ) | |
| v. | ) | SECTION "A" JUDGE |
| | ) | JAY C. ZAINEY |
| **PROGRESSIVE SERVICES INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10,** | ) ) ) | MAG. DIV. (4) MAGISTRATE JUDGE KAREN WELLS ROBY |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons stated in Plaintiff's *Ex Parte Motion for Leave to File First Amended Complaint*, it is hereby ordered that the Motion is GRANTED and the First Amended Complaint be entered into the record.

_____

1