## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA RHOME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 23-05923** |
| | ) | |
| **v.** | ) | **SECTION "A" JUDGE** |
| | ) | **JAY C. ZAINEY** |
| **PROGRESSIVE SERVICES INC., TODD** | ) | |
| **BRITTO, ABC INSURANCE COMPANIES,** | ) | **MAG. DIV. (4)** |
| **AND DOE DEFENDANTS 1-10,** | ) | **MAGISTRATE JUDGE KAREN** |
| | ) | **WELLS ROBY** |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons stated in Plaintiff's *Ex Parte Motion for Leave to File First Amended Complaint*, it is hereby ordered that the Motion is GRANTED and the First Amended Complaint be entered into the record.

March 1, 2024

_____
United States District Judge