## DECLARATION OF WALLACE WASHINGTON

1. I am over 21 years of age and of sound mind.

2. I am a 39 year old Black male.

3. My address is █████████████████████████████████████.

4. I make this Declaration to provide evidence to the United States Equal Employment Opportunity Commission ("EEOC") concerning the Charge of Discrimination filed by Alicia Rhome against Progressive Roofing ("Progressive").

5. I worked for Progressive from in or around 2018 until February 2023.

6. I was a foreman for Progressive.

7. I worked with Alicia Rhome at Progressive between 2018 and 2020 and again in 2022 through early 2023.

8. I supervised Alicia on certain jobs, including at times on the Folgers' job.

9. Alicia was a good and hardworking roofer. She was experienced and knowledgeable.

10. During my time with Progressive, there were only two women who worked as roofers for the company in New Orleans. One of the female roofers left at some point before 2022, so when Alicia worked for Progressive in 2022 through early 2023, she was the only female roofer for the company.

11. Todd Britto started working for Progressive in 2022, and I briefly supervised Todd on the Entergy job. He didn't know much about roofing. He acted like he knew everything, but he often made mistakes and we had to clean up after him.

12. After Todd worked on the Entergy job, the company needed someone to oversee the crew on the Folgers' job, and Todd was assigned by Progressive to do that. I am not sure why they put Todd over that job; they could have gotten someone who had been with the company longer. A lot of people were upset about it.

13. Todd supervised Alicia on the Folgers' job.

14. Todd was always trying to make advances toward Alicia. He was always trying to come on to her. One thing that I remember hearing him say about Alicia was "I'll tear that up." I took that to mean that he would have sex with her.

1

15. Other employees working on the Folgers job told me that Todd made inappropriate and sexual comments to Alicia and about Alicia on the job site.

16. I could tell that Alicia did not want Todd to come on to her. She wanted him to stop.

17. Everyone at Progressive saw Todd coming on to Alicia and could tell that she wanted him to stop.

18. Alicia told me that Todd was making her uncomfortable and that she wanted him to stop.

19. Other employees who saw Todd coming on to Alicia and making inappropriate comments were afraid to speak up because they didn't want to lose their jobs.

20. During my employment with Progressive, the company never had any training about sexual harassment or what to do if an employee was sexually harassed.

21. When Alicia made her complaint, Ben Butler told me about the complaint and that the company would be doing an investigation. After that, Melinda called me and some other employees and asked questions about what we had seen and heard. I did not tell her what I had seen and heard as far as Todd's behavior toward Alicia. I was afraid to speak up to the company about how Todd was treating Alicia because I was worried if I did, I would be fired. I know that other Progressive foreman and roofers felt the same way.

22. When the company started talking to people about Alicia's complaint, I could tell that the Progressive people from Arizona did not take the situation seriously.

23. Progressive shut down its New Orleans location in May or early June 2023. People were continuing to work for Progressive in New Orleans until that time. Progressive offered some employees a job in other Progressive locations. They offered to send me to Arizona or Dallas or another location, but I decided to leave and take a job with another company.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:

Wallace Washington

7/31/2023

Date

2