## DECLARATION OF STANLEY WATERHOUSE

1. I am over 21 years of age and of sound mind.

2. I am a 43 year old Black male.

3. My address is ████████████████████████████████████.

4. I make this Declaration to provide evidence to the United States Equal Employment Opportunity Commission ("EEOC") concerning the Charge of Discrimination filed by Alicia Rhome against Progressive Roofing ("Progressive").

5. I worked as a roofer for Progressive from in or around February 2018 until November 2022.

6. During my employment with Progressive, the company never provided employees with training about employment discrimination or sexual harassment. The company never told us what do to if we experienced or witnessed sexual harassment on the job.

7. I worked with Alicia at Progressive between 2018 and 2020 and again in 2022. When I worked with Alicia in 2018 through 2020, she was acting as the crew leader or lead man on the job; she was running the job and members of the crew had to go to her to clock in and out. She taught many crew members a lot about roofing and made sure that all of the small details on the job were taken care of.

8. Alicia was a good and hardworking roofer. She was experienced, knowledgeable, and highly skilled. She was better equipped and outworked most of the men on the job and would always get the job done. She treated everyone with respect; she is a good person who would give you the shirt off her back. Alicia never disrespected anyone; she is very honest and tells the truth.

9. Roofing is a male-dominated industry, and Progressive was a male-dominated workplace. For most of the time that I worked with Alicia for Progressive, she was the only woman who worked for the company in New Orleans other than Melinda who worked in the office. Throughout my time with Progressive, male employees, including foremen and other supervisors, regularly made many disrespectful and derogatory comments about women and about Alicia.

10. I remember when Progressive sent me to work for Alicia on her crew in 2018, someone said, "put your dicks up." That was a common joke about Alicia at Progressive; because she was the only woman in the field, many male employees at Progressive made comments about "time to get your dicks up" or "put your dicks up" when talking about working with Alicia.

1

DocuSign Envelope ID: C1026F5C-8613-40A7-A418-36A39B8735C3

11. I know that the guys who hired roofing employees at Progressive did not want to hire women because they did not consider women as equal in the workplace. Even so, Alicia was hired by Progressive because the company needed people and she could do the job.

12. The other employees at Progressive disrespected Alicia because she was female. It was a male-dominated field and these guys were not used to working around women on roofing jobs. Because Alicia is a woman, foremen at Progressive wanted her to work for them because they thought they could push her around and she would make them look good without ever giving her credit.

13. Even though Progressive never gave Alicia a title above roofer, she kept jobs with 40 to 50 men going. She could keep the crew on task. Based on the work she was doing and her skills and leadership ability, should have been in a supervisory position for Progressive. She was more than well qualified for a supervisory position with Progressive.

14. Alicia should have been paid more than she was. Progressive refused to pay her what she should have been paid because she was female. Employees with Alicia's level of experience were paid a lot more than she was. For example, there was one young employee named Chris who could not read or write, but he was made a foreman for Progressive and was paid a lot more than Alicia was. Chris would often use Alicia to get help with things on the job that he did not know how to do.

15. There were also male roofing employees hired by Progressive with less experience than Alicia had who were paid more than Alicia was paid. For example, there were multiple male roofers with less experience, including men who claimed to have roofing experience but didn't actually know anything, doing the same work that Alicia was doing (although not as well), and they were hired at $21 or $22 per hour while Alicia was never paid that much.

16. Also, white male roofers, even ones with little to no experience, were often paid more than Black male roofers at Progressive.

17. Todd Britto was a foreman for Progressive who started in 2022. He did not know anything about roofing and did not have enough experience or knowledge to be a foreman. He also did not want to do any work. I also heard that Todd had a drug problem.

18. Todd supervised Alicia on the Folger's job. Todd didn't want to do any work, and Alicia was carrying him through her hard work.

19. Todd wanted Alicia sexually and always tried to play on his role as the foreman to get her to be with him sexually.

20. Todd went around Progressive telling other employees lies about Alicia. He said that he was going out with Alicia, that he was sleeping with her, that he was having sex with her, and then those rumors spread through the company. Other employees also said that Todd was making sexual comments about Alicia and her body.

21. Alicia was not in a relationship with Todd, had never been with him sexually, and wanted nothing to do with him. She just wanted to do her job in peace.

22. Alicia knew that Progressive wouldn't pay attention to the way Todd was sexually harassing her, because she was the only woman working as a roofer for Progressive.

23. The company knew that Todd was sexually harassing Alicia on the job site, but they did not want to deal with her.

24. After Alicia complained to the office about Todd's sexual harassment, because of the lies that Todd had been spreading, two of our coworkers at Progressive, a foreman and a roofer, said that Alicia had put a sexual harassment complaint on file, but she was "fucking that man" or "fucking that boy."

25. After Alicia complained to the office about Todd's sexual harassment, the company did not take her complaint seriously and did not do a full investigation. Melinda only talked to the foremen; she never talked to the roofers or other employees. The foremen started talking about Alicia's complaint to other employees. Andy was an employee from Progressive's corporate office; he knew exactly what happened but he did not want to deal with Alicia.

26. After Alicia made her complaint to the office, Progressive gave me and many other employees, including foremen and roofers, raises. They did not give Alicia a raise.

27. Many Progressive employees were afraid to speak up about the way they saw Todd sexually harassing Alicia and the way he was talking about her. People were afraid to lose their jobs with Progressive. Everyone was worried about job security and did not want to touch the subject.

28. Progressive did not shut down its New Orleans location at the time that Alicia was fired. There were people working for Progressive in New Orleans for several months after she was fired, well into the spring of 2023. The company offered many employees a $1,500 incentive to stay and finish the job.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:

_____
Stanley Waterhouse

8/1/2023
_____
Date