UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 23-05923 |
| ) | |
| v. ) | SECTION "A" JUDGE |
| ) | JAY C. ZAINEY |
| PROGRESSIVE SERVICES INC., TODD ) | |
| BRITTO, ABC INSURANCE COMPANIES, ) | MAG. DIV. (4) |
| AND DOE DEFENDANTS 1-10, ) | MAGISTRATE JUDGE KAREN |
| ) | WELLS ROBY |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT TODD BRITTO'S MOTION FOR MORE DEFINITE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Alicia Rhome, who files this response to Defendant Todd Britto's *Motion for More Definite Statement*.

Plaintiff Alicia Rhome filed her Complaint on October 10, 2023, alleging claims against Defendants Progressive Services, Inc, Todd Britto, ABC Insurance Companies, and Doe Defendants 1-10.[1] Defendant Progressive Services, Inc., filed an Answer on February 9, 2024,[2] while Defendant Todd Britto field a *Motion for More Definite Statement and/or, Alternatively, Motion to Dismiss*.[3] In doing so, Defendant Britto asked that the Court "require Plaintiff to amend her complaint to include allegations about the location of the alleged sexual assault, to remove reference to certain individuals as a 'defendant' or 'co-defendant' when Plaintiff has not named those persons as such, and to clearly delineate which claims she is asserting against which Defendants."[4]

---

[1] R. Doc. 1.
[2] R. Doc. 9.
[3] R. Doc. 10.
[4] R. Doc. 10-1 ("Defendant Todd Britto's Memorandum in Support of Motion for More Definite Statement") at 1.

1

Plaintiff disagrees with Defendant Britto's position that her original complaint was lacking in specificity such that relief under Rule 12(e) would have been appropriate. However, on February 29, 2024, Plaintiff motioned for leave to file a First Amended Complaint which was granted and entered into the record on March 1, 2024.[5] The amended complaint included changes such as adding Title VII claims following the receipt of a Notice of the Right to Sue letter from the EEOC and, in addition, sought to address Defendant Britto's concerns as outlined in his Motion.[6] Accordingly, Plaintiff respectfully submits that Defendant Britto's *Motion for More Definite Statement* is moot and should be denied in its entirety.

In the alternative, should the Court believe that any further amendments to Plaintiff's First Amended Complaint are necessary, Plaintiff respectfully requests that she be provided leave to file a second amended complaint.

        Respectfully submitted,
        /s/ *William Most*
        **William Most, T.A. (La. Bar No. 36914)**
        **David Lanser (La. Bar No. 37764)**
        MOST & ASSOCIATES
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        T: (504) 509-5023
        Email: williammost@gmail.com

        *and*

        **Kerry A. Murphy (La. Bar No. 31382)**
        **Kerry Murphy Law LLC**
        201 St. Charles Ave.
        Suite 2500, #1824
        New Orleans, LA 70170
        Telephone: (504) 603-1502
        Facsimile: (504) 603-1503
        Email: kmurphy@kerrymurphylaw.com

---

[5] R. Doc. 20.
[6] *Id.*