UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME | CIVIL ACTION |
| VERSUS | NO: 23-5923 |
| PROGRESSIVE SERVICES, INC. ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having reviewed the **Motion for More Definite Statement and, Alternatively, Motion to Dismiss (Rec. Doc. 10)**, and having considered the **First Amended Complaint (Rec. Doc. 20)** filed by Plaintiff,

Accordingly;

**IT IS ORDERED** that the pending **Motion for More Definite Statement and, Alternatively, Motion to Dismiss (Rec. Doc. 10)** is **DISMISSED AS MOOT** and without prejudice to Defendant's right to file another such motion anew in response to the amended complaint. The Court expresses no opinion as to whether the amended allegations will be successful in addressing any of the otherwise meritorious arguments contained in the motion to dismiss. All arguments must be contained in the new motion to dismiss. Incorporating arguments from the prior motion to dismiss by reference will not be allowed.

March 4, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE