UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
|       **Plaintiff,** | **SECTION "A"** |
| | **JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| | **MAG. DIV. (4)** |
| **PROGRESSIVE SERVICES, INC.,** | **MAGISTRATE JUDGE KAREN** |
| **TODD BRITTO, ABC INSURANCE** | **WELLS ROBY** |
| **COMPANIES, AND DOE DEFENDANTS 1-10** | |
|       **Defendants.** | |

### DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW INTO COURT, through undersigned counsel, comes Defendant, Todd Britto ("Britto" or "Defendant"), and appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time of twenty-one (21) days, or until and through April 5, 2024, in which to respond to Plaintiff's First Amended Complaint, R. Doc. 20 ("Amended Complaint") filed by Plaintiff in the above-referenced matter.

In accordance with Eastern District Local Rule 7.8, Movant certifies that this is his first extension of time to respond to the Amended Complaint and that Plaintiff has not filed into the record an objection to an extension of time.

                                                                                        Respectfully submitted,

                                                                                        **PHELPS DUNBAR LLP**

                                BY:      */s/ M. Nan Alessandra*
                                                  M. NAN ALESSANDRA, T.A. (#16783)
                                                  CLERC H. COOPER (#38170)
                                                  365 Canal Street • Suite 2000

New Orleans, Louisiana 70130<br>
Telephone: (504) 566-1311<br>
Telecopier: (504) 568-9130<br>
nan.alessandra@phelps.com<br>
clerc.cooper@phelps.com

**ATTORNEYS FOR DEFENDANT, TODD BRITTO**