## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ALICIA RHOME**                                           **CIVIL ACTION NO. 23-05923**

        **Plaintiff,**                                   **SECTION "A"**
                                                    **JUDGE JAY C. ZAINEY**
**VERSUS**

**PROGRESSIVE SERVICES, INC.,**                          **MAG. DIV. (4)**
**TODD BRITTO, ABC INSURANCE**                           **MAGISTRATE JUDGE KAREN**
**COMPANIES, AND DOE DEFENDANTS**                        **WELLS ROBY**
**1-10**

        **Defendants.**

## <u>ORDER</u>

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead filed by Defendant, Todd Britto; accordingly,

IT IS ORDERED BY THE COURT that Defendant's Ex Parte Motion for Extension of Time Within Which to Plead be, and the same is hereby GRANTED, and that Defendant, Todd Britto, has an additional twenty-one (21) days or until and through, April 5, 2024, in which to respond to the First Amended Complaint (R. Doc. 20) filed by Plaintiff.

New Orleans, Louisiana, this _____ day of March, 2024.


_____
UNITED STATES DISTRICT JUDGE