UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME | CIVIL ACTION NO. 23-05923 |
|     Plaintiff, | SECTION "A" |
| | JUDGE JAY C. ZAINEY |
| VERSUS | |
| | MAG. DIV. (4) |
| PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10 | MAGISTRATE JUDGE KAREN WELLS ROBY |
|     Defendants. | |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead filed by Defendant, Todd Britto; accordingly,

IT IS ORDERED BY THE COURT that Defendant's Ex Parte Motion for Extension of Time Within Which to Plead be, and the same is hereby GRANTED, and that Defendant, Todd Britto, has an additional twenty-one (21) days or until and through, April 5, 2024, in which to respond to the First Amended Complaint (R. Doc. 20) filed by Plaintiff.

New Orleans, Louisiana, this __12th__ day of March, 2024.

                                                                          UNITED STATES DISTRICT JUDGE