## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME,** ) | |
| ) | |
|     **Plaintiff,** ) | **CASE NO.** |
| ) | |
| **v.** ) | **2:23-cv-05923-JCZ-KWR** |
| ) | |
| **PROGRESSIVE SERVICES, INC., TODD** ) | |
| **BRITTO, ABC INSURANCE COMPANIES,** ) | |
| **AND DOE DEFENDANTS 1-10,** ) | |
| ) | |
|     **Defendants.** ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

**COMES NOW** defendant Progressive Services, Inc. ("Defendant") and respectfully moves this Court for an extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint. In support of its motion, Defendant would show:

1. On October 10, 2023, plaintiff, Alicia Rhome, filed a Complaint with this Court. [ECF-1]. Defendant timely filed its Answer on February 9, 2024. [ECF-9].

2. On March 1, 2024, Plaintiff's Amended Complaint was filed. [ECF-20].

3. Defendant requires additional time to prepare its response to the Amended Complaint.

4. Defendant has requested no previous extension to respond to the Amended Complaint.

5. Plaintiff has not filed into the record an objection to an extension of time.

6. Accordingly, pursuant to Local Rule 7.8, Defendant, Progressive Services, Inc., respectfully requests an extension for filing its answer or other responsive pleading to the Amended Complaint for a period of twenty-one (21) days until and including April 5, 2024.

**WHEREFORE**, Defendant, Progressive Services, Inc., respectfully prays that the Court issue an Order extending the time to file and serve a response to plaintiff's Complaint until and including April 5, 2024.

Dated: March 15, 2024.

                        Respectfully submitted,

                        **JACKSON LEWIS P.C.**

                        */s/Adrienne M. Wood*
                        Andrew Baer (La Bar No. 35638)
                        Andrew.Baer@jacksonlewis.com
                        Adrienne M. Wood (La Bar No. 38448)
                        Adrienne.Wood@jacksonlewis.com
                        601 Poydras Street, Suite 1400
                        New Orleans, Louisiana 70130
                        Telephone:     (504) 208-1755
                        Facsimile:      (504) 208-1759

                        **ATTORNEYS FOR DEFENDANT, Progressive Services Inc.**