## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA RHOME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.** |
| | ) | |
| v. | ) | **2:23-cv-05923-JCZ-KWR** |
| | ) | |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

CONSIDERING THE MOTION of Defendant, Progressive Services, Inc., for an extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint;

IT IS ORDERD that Defendant's Motion is GRANTED and Defendant's time to answer or otherwise plead in response to Plaintiff's Amended Complaint is hereby extended until and including April 5, 2024.

New Orleans, Louisiana, this ___ day of _____, 2024.

_____
JUDGE