UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALICIA RHOME, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 23-05923 |
| | ) | |
| v. | ) | SECTION "A" JUDGE |
| | ) | JAY C. ZAINEY |
| PROGRESSIVE SERVICES INC., TODD | ) | |
| BRITTO, ABC INSURANCE COMPANIES, | ) | MAG. DIV. (4) |
| AND DOE DEFENDANTS 1-10, | ) | MAGISTRATE JUDGE KAREN |
| | ) | WELLS ROBY |
| Defendants. | ) | |
| | ) | |

**EX PARTE MOTION TO SUPPLEMENT FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Alicia Rhome who files this *Ex Parte Motion to Supplement First Amended Complaint* with inadvertently omitted exhibits.

Plaintiff filed her original Complaint on October 10, 2023. R. Doc. 1. Two exhibits were attached to the Complaint, a declaration by Wallace Washington (R. Doc. 1-2) and a declaration by Stanley Waterhouse (R. Doc. 1-3), which are attached to this Motions as Exhibits A and B, respectively. Plaintiff subsequently requested and was granted leave to file a First Amended Complaint. R. Doc. 20. However, counsel has since noted that the declarations were inadvertently omitted from the motion for leave and therefore were not attached as exhibits to the First Amended Complaint.

Both exhibits are referenced throughout both the original and amended complaints. *See generally* R. Doc. 1 and R. Doc. 20. Attaching each to the First Amended Complaint through this supplement would help clarify the record and would not prejudice any defendant.

1

For the reasons stated herein, Plaintiff Alicia Rhome asks that this Court supplements her First Amended Complaint with the attached declarations.

Respectfully submitted,
/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

*and*

**Kerry A. Murphy (La. Bar No. 31382)**
**Kerry Murphy Law LLC**
201 St. Charles Ave.
Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com