UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA RHOME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO. 23-05923 |
| | ) | |
| v. | ) | SECTION "A" JUDGE |
| | ) | JAY C. ZAINEY |
| **PROGRESSIVE SERVICES INC., TODD** | ) | |
| **BRITTO, ABC INSURANCE COMPANIES,** | ) | MAG. DIV. (4) |
| **AND DOE DEFENDANTS 1-10,** | ) | MAGISTRATE JUDGE KAREN |
| | ) | WELLS ROBY |
| **Defendants.** | ) | |
| | ) | |

## **ORDER**

Considering the foregoing *Ex Parte Motion to Supplement First Amended Complaint* filed by Plaintiff Alicia Rhome,

IT IS ORDERED that the motion is GRANTED. The documents attached to the Motion as Exhibits A and B shall be attached as exhibits to Plaintiff's First Amended Complaint (R. Doc. 20).

Signed this ____ day of _____, 2024, in New Orleans, Louisiana.

_____