**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALICIA RHOME,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PROGRESSIVE SERVICES INC., TODD** )<br>**BRITTO, ABC INSURANCE COMPANIES,** )<br>**AND DOE DEFENDANTS 1-10,** )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO. 23-05923**<br><br>**SECTION "A" JUDGE**<br>**JAY C. ZAINEY**<br><br>**MAG. DIV. (4)**<br>**MAGISTRATE JUDGE KAREN**<br>**WELLS ROBY** |

## ORDER

Considering the foregoing *Ex Parte Motion to Supplement First Amended Complaint* filed by Plaintiff Alicia Rhome,

IT IS ORDERED that the motion is GRANTED. The documents attached to the Motion as Exhibits A and B shall be attached as exhibits to Plaintiff's First Amended Complaint (R. Doc. 20).

Signed this _____ day of _____, 2024, in New Orleans, Louisiana.

_____