UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, | ) |
| | ) |
|     Plaintiff, | )     CIVIL ACTION NO. 23-05923 |
| | ) |
|     v. | )     SECTION "A" JUDGE |
| | )     JAY C. ZAINEY |
| PROGRESSIVE SERVICES INC., TODD | ) |
| BRITTO, ABC INSURANCE COMPANIES, | )     MAG. DIV. (4) |
| AND DOE DEFENDANTS 1-10, | )     MAGISTRATE JUDGE KAREN |
| | )     WELLS ROBY |
|     Defendants. | ) |
| | ) |

## ORDER

Considering the foregoing *Ex Parte Motion to Supplement First Amended Complaint* filed by Plaintiff Alicia Rhome,

IT IS ORDERED that the motion is GRANTED. The documents attached to the Motion as Exhibits A and B shall be attached as exhibits to Plaintiff's First Amended Complaint (R. Doc. 20).

Signed this 28th day of March, 2024, in New Orleans, Louisiana.

_____