UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
| **PLAINTIFF,** | **SECTION "A"** <br> **JUDGE JAY C. ZAINEY** |
| **VERSUS** | **MAG. DIV. (4)** |
| **PROGRESSIVE SERVICES, INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **DEFENDANTS.** | |

### DEFENDANT TODD BRITTO'S MOTION TO DISMISS COUNT FIVE OF FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Todd Britto ("Defendant" or "Mr. Britto"), and appearing solely for the purpose of this motion, reserving all rights, motions, and defenses and without waiver thereof, and appearing solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure respectfully files the instant Motion to Dismiss Count Five of Plaintiff's First Amended Complaint. Count Five of Plaintiff's First Amended Complaint asserts a claim against *all defendants* (including Mr. Britto as an individual) for Retaliation in Violation of the Louisiana Human Rights Act ("LHRA"), citing La. R.S. § 51:2231 *et seq.* and specifically, La. R.S. § 51:2256. More specifically, Plaintiff alleges that "Defendants Progressive, Britto, and others conspired to retaliate against Ms. Rhome by failing to conduct/participate in a proper investigation into the allegations and subsequently terminating her employment."[1] However, there is no *individual* liability under the LHRA, such that Plaintiff cannot possibly state a claim against Mr. Britto for retaliation under the LHRA. The Court should grant

---
[1] R. Doc. 20 at ¶ 170.

the instant Motion to Dismiss Count Five of Plaintiff's First Amended Complaint against Mr. Britto individually and should dismiss Plaintiff's LHRA claim against Mr. Britto with prejudice.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

BY:    */s/ M. Nan Alessandra*
        M. NAN ALESSANDRA, T.A. (#16783)
        CLERC H. COOPER (#38170)
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        nan.alessandra@phelps.com
        clerc.cooper@phelps.com

        **ATTORNEYS FOR DEFENDANT, TODD BRITTO**