UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION NO. 23-05923** |
|         **PLAINTIFF,** | **SECTION "A"** |
| | **JUDGE JAY C. ZAINEY** |
| **VERSUS** | |
| | **MAG. DIV. (4)** |
| **PROGRESSIVE SERVICES, INC.,** | **MAGISTRATE JUDGE KAREN** |
| **TODD BRITTO,** | **WELLS ROBY** |
| **ABC INSURANCE COMPANIES, AND** | |
| **DOE DEFENDANTS 1-10** | |
|         **DEFENDANTS.** | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, Todd Britto ("Britto" or "Defendant"), will submit the attached Motion for to Dismiss Count Five of First Amended Complaint before the Honorable Jay C. Zainey, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 24th day of April 2024.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ M. Nan Alessandra*
      M. NAN ALESSANDRA, T.A. (#16783)
      CLERC H. COOPER (#38170)
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      nan.alessandra@phelps.com
      clerc.cooper@phelps.com
**ATTORNEYS FOR DEFENDANT, TODD BRITTO**