UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) | |
| ) | |
|     Plaintiff, ) | CIVIL ACTION NO. 23-05923 |
| ) | |
|     v. ) | SECTION "A" JUDGE |
| ) | JAY C. ZAINEY |
| PROGRESSIVE SERVICES INC., TODD ) | |
| BRITTO, ABC INSURANCE COMPANIES, ) | MAG. DIV. (4) |
| AND DOE DEFENDANTS 1-10, ) | MAGISTRATE JUDGE KAREN |
| ) | WELLS ROBY |
|     Defendants. ) | |
| ) | |

**Response and Notice of No Opposition to Defendant Britto's Motion to Dismiss a Count**

In R. Doc. 32, Defendant Todd Britto moves to dismiss a particular count against him (Count Five – Retaliation in Violation of the Louisiana Human Rights Act) with prejudice.

Plaintiff consents to the dismissal with prejudice of that count against that defendant.

Respectfully submitted,

/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

and

**Kerry A. Murphy (La. Bar No. 31382)**
**Kerry Murphy Law LLC**
201 St. Charles Ave.
Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

1