UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-05923-JCZ-KWR |
| ) | Section "A" |
| ) | Judge Jay C. Zainey |
| PROGRESSIVE SERVICES INC., TODD ) | Magistrate Judge Karen Wells |
| BRITTO, ABC INSURANCE COMPANIES, ) | Roby |
| AND DOE DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come all parties who, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court for entry of the attached Consent Protective Order and, in support thereof, state the following:

1. Plaintiff Alicia Rhome was an employee of Progressive Services, Inc., whose employment was terminated on January 11, 2023.

2. Following her termination, Plaintiff filed a charge with the Equal Employment Opportunity Commission alleging that the termination was the result of sexual harassment, discrimination, and retaliation, as well as claims for pay discrimination.

3. Plaintiff filed this lawsuit on October 10, 2023, while the EEOC process was still pending, alleging violations of Louisiana's Employment Discrimination Law, the Equal Pay Act, La. Civ. Code art. 2315.11, and assault and battery. She was issued an EEOC Notice of Right to Sue letter on January 17, 2024, and filed a First Amended Complaint on March 1, 2024

which included additional claims under Title VII and a direct action claim.

4. Defendants deny all claims for relief.

5. Parties have conferred to discuss the attached protective order, which seeks to limit the public disclosure of trade secrets which could undercut a legitimate competitive commercial advantage of the Defendants if disclosed, personal information of non-parties, medical information for the alleged assault victim and others, and other information which has no public relevance, but disclosure of which could cause undue harm.

6. The entry of the attached Protective Order would serve the interests of judicial efficiency and economy, allowing all parties in this action to proceed efficiently in discovery and beyond while also protecting confidentiality interests.

WHEREFORE, all parties ask that this Court enter the attached Consent Protective Order and grant such other relief as it deems just and proper under the premises.

Respectfully submitted,
/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com
*and*
**Kerry A. Murphy (La. Bar No. 31382)**
**Kerry Murphy Law LLC**
201 St. Charles Ave.
Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

*Counsel for Plaintiff Alicia Rhome*

**PHELPS DUNBAR LLP**

*/s/ Clerc H. Cooper*
M. NAN ALESSANDRA, T.A. (#16783)
CLERC H. COOPER (#38170)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
nan.alessandra@phelps.com
clerc.cooper@phelps.com

**ATTORNEYS FOR DEFENDANT, TODD BRITTO**

*/s/ Andrew J. Baer*
Andrew J. Baer (La. Bar #35638)
Andrew.Baer@jacksonlewis.com
Adrienne M. Wood (La. Bar # 38448)
Adrienne.Wood@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759

**COUNSEL FOR DEFENDANT, PROGRESSIVE SERVICES INC.**