UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PROGRESSIVE SERVICES INC., TODD ) <br> BRITTO, ABC INSURANCE COMPANIES, ) <br> AND DOE DEFENDANTS 1-10, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:23-cv-05923-JCZ-KWR <br> Section "A" <br> Judge Jay C. Zainey <br> Magistrate Judge Karen Wells Roby |

## **ORDER**

Considering the foregoing *Joint Motion for Entry of Protective Order*,

IT IS HEREBY ORDERED that the joint motion is GRANTED. The proposed protective order attached to that motion shall be entered into the record.

Signed this ___ day of _____, 2024 in New Orleans, Louisiana.

_____