UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-05923-JCZ-KWR |
| ) | Section "A" |
| ) | Judge Jay C. Zainey |
| PROGRESSIVE SERVICES INC., TODD ) | Magistrate Judge Karen Wells |
| BRITTO, ABC INSURANCE COMPANIES, ) | Roby |
| AND DOE DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEMAND FOR JURY TRIAL

NOW INTO COURT through undersigned counsel, comes Plaintiff Alicia Rhome who, pursuant to Federal Rule of Civil Procedure 38(b), demands a trial by jury on all issues set forth in her First Amended Complaint. R. Doc. 20.

      Respectfully submitted,
      /s/ *Dave Lanser*
      **Dave Lanser (La. Bar No. 37764)**
      **William Most, T.A. (La. Bar No. 36914)**
      MOST & ASSOCIATES
      201 St. Charles Ave., Ste. 2500, #9685
      New Orleans, LA 70170
      T: (504) 533-4521
      Email: david.lanser@gmail.com

      *and*

      **Kerry A. Murphy (La. Bar No. 31382)**
      **Kerry Murphy Law LLC**
      201 St. Charles Ave.
      Suite 2500, #1824
      New Orleans, LA 70170
      Telephone: (504) 603-1502
      Facsimile: (504) 603-1503
      Email: kmurphy@kerrymurphylaw.com