UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME | CIVIL ACTION |
| VERSUS | NO. 23-5923 |
| PROGRESSIVE SERVICES, INC. ET AL. | SECTION A(4) |

## ORDER

On April 5, 2024, Defendant Todd Britto filed a **Motion to Dismiss Count Five of First Amended Complaint (Rec. Doc. 32)**, requesting dismissal of Count Five with prejudice. The motion was set for submission on April 24, 2024. On April 8, 2024, Plaintiff Alicia Rhome filed into the record a **Notice of No Opposition (Rec. Doc. 34)** to this motion.

Accordingly;

**IT IS ORDERED** that Defendant Todd Britto's **Motion to Dismiss Count Five of First Amended Complaint (Rec. Doc. 32)** is **GRANTED**. Count 5 of Plaintiff Alicia Rhome's complaint, which asserts a cause of action for retaliation under the Louisiana Human Rights Act, is hereby **DISMISSED** as to Defendant Todd Britto. All other claims against Britto are hereby reserved and not subject to the above dismissal.

April 18, 2024

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE