UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE SERVICES INC., TODD BRITTO, ABC INSURANCE COMPANIES, AND DOE DEFENDANTS 1-10,<br><br>    Defendants. | Case No. 2:23-cv-05923-JCZ-KWR<br>Section "A"<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells Roby |

## **ORDER**

Considering the foregoing *Joint Motion for Entry of Protective Order*,

IT IS HEREBY ORDERED that the joint motion is GRANTED. The proposed protective order attached to that motion shall be entered into the record.

Signed this ___ day of _____, 2024 in New Orleans, Louisiana.

_____