**MINUTE ENTRY**
**ROBY, M. J.**
**May 14, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA RHOME** | **CIVIL ACTION** |
| **VERSUS** | **NO:    23-5923** |
| **PROGRESSIVE SERVICES, INC ET AL** | **SECTION: "A"  (4)** |

A Settlement Conference was held on this date.  Participating were: Alicia Rhome, plaintiff; William Most, Kerry Murphy representing the plaintiff; Adrienne Wood, Andrew Baer representing defendant, Progressive; and Maria Alessandra representing defendant, Todd Britto. Negotiations were successful and a settlement was reached.  The agreement was recorded by Court Reporter Karen Ibos, 504-589-7776.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Jay C. Zainey**

**MJSTAR:    2: 35**