UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PROGRESSIVE SERVICES INC., TODD )<br>BRITTO, ABC INSURANCE COMPANIES, )<br>AND DOE DEFENDANTS 1-10, )<br>)<br>Defendants. )<br>) | Case No. 2:23-cv-05923-JCZ-KWR<br>Section "A"<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells<br>   Roby |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and this Court's May 16, 2024, Order of Dismissal (R. Doc. 43), Plaintiff Alicia Rhome, by and through undersigned counsel, hereby moves this Court to enter an order dismissing this action with prejudice.

Per the Order of Dismissal, the Court has been advised that all parties have agreed upon a compromise to dismiss this action with prejudice, including all possible counterclaims and defenses, each party to bear its own costs. R. Doc. 43. As of the filing of the Motion, the compromise has been consummated and, accordingly, Plaintiff seeks that an Order dismissing the action with prejudice be entered into the record.

WHEREFORE, Plaintiff requests that this Court sign and enter the attached Proposed Order into the record.

Respectfully submitted,

/s/ *William Most*
**William Most, T.A. (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

*Counsel for Plaintiff Alicia Rhome*

**Kerry A. Murphy (La. Bar No. 31382)**
**Kerry Murphy Law LLC**
201 St. Charles Ave., Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

*Counsel for Plaintiff Alicia Rhome*