UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>PROGRESSIVE SERVICES INC., TODD  )<br>BRITTO, ABC INSURANCE COMPANIES,  )<br>AND DOE DEFENDANTS 1-10,  )<br>)<br>Defendants.  )<br>) | Case No. 2:23-cv-05923-JCZ-KWR<br>Section "A"<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells<br>     Roby |

## **ORDER**

Considering the *Motion to Dismiss with Prejudice* filed by Plaintiff Alicia Rhome,

IT IS ORDERED that the entire action is hereby dismissed with prejudice, each party bearing its own attorneys' fees, costs, and expenses.

_____
**JUDGE JAY C. ZAINEY**
**UNITED STATES DISTRICT COURT JUDGE**