UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA RHOME, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PROGRESSIVE SERVICES INC., TODD ) <br> BRITTO, ABC INSURANCE COMPANIES, ) <br> AND DOE DEFENDANTS 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:23-cv-05923-JCZ-KWR <br> Section "A" <br> Judge Jay C. Zainey <br> Magistrate Judge Karen Wells Roby |

## **ORDER**

Considering the *Motion to Dismiss with Prejudice* filed by Plaintiff Alicia Rhome,

IT IS ORDERED that the entire action is hereby dismissed with prejudice, each party bearing its own attorneys' fees, costs, and expenses.

August 5, 2024

_____
United States District Judge